Ricci & Fava, LLC
300 Lackawanna Avenue, Suite 5
Woodland Park, NJ 0742
(973) 837-1900
Attorney for Defendant Cungas

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | AMENDED ORDER |
| RAUDEL CUNGAS | : | CRIMINAL No.: 09-0083-001 (ksh) |

This matter coming before the Court by way of defendant, through his attorney Ronald J. Ricci, Esq., with consent of Assistant United State Attorney Robert Frazer;

IT IS HEREBY ORDERED that the defendant's bail conditions are hereby amended to eliminate the previously order curfew and electronic monitoring;

All other terms and conditions remain the same.

Dated: January 7, 2011
Newark, New Jersey

By: _____
Honorable Katharine S. Hayden, U.S.D.J.

With Consent by:

_____
Robert Frazer, AUSA