AO 92
(Rev. 6/83)

## COMMITMENT

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO. 09cr883 (KSH) |
|---|---|
| V. | |
| Raudel Cungas | MAGISTRATE CASE NO. |

The above named defendant was arrested upon the complaint of

charging a violation of supervised release

| DISTRICT OF OFFENSE New Jersey | DATE OF OFFENSE 12/8/11 |
|---|---|

DESCRIPTION OF CHARGES:

Violation of conditions of supervised release.

BOND IS FIXED AT
$

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

12/19/11
_____
Date

KATHARINE S. HAYDEN,  United States District Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|